# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JESSE ALLEN HUDSON

_____/

**INDICTMENT**

3:26cr62-TKW

THE GRAND JURY CHARGES:

## COUNT ONE

On or about January 21, 2026, in the Northern District of Florida, the defendant,

**JESSE ALLEN HUDSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1.   a.   On or about May 7, 2012, **JESSE ALLEN HUDSON** was convicted in the State of Florida of Battery on an Officer and Resisting an Officer with Violence; and

b.   On or about February 23, 2017, **JESSE ALLEN HUDSON** was convicted in the State of Florida of Fleeing to Elude Police and Destroying or Tampering with Evidence.

FILED USDC FLND PN
APR 21 '26 PM3:09

Returned In open court pursuant to Rule 6(f)

_____4/21/2026_____
Date

_____
United States Magistrate Judge

2.     For these crimes, **JESSE ALLEN HUDSON,** was subject to punishment by a term of imprisonment exceeding one year.

3.     Thereafter, **JESSE ALLEN HUDSON** did knowingly possess a firearm, to wit, a Radical Firearms multi-caliber rifle, and Prvi Partizan 7.62 caliber ammunition.

4.     This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

On or about January 21, 2026, in the Northern District of Florida, the defendant,

## JESSE ALLEN HUDSON,

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845, to wit, a Radical Firearms multi-caliber rifle with a barrel of less than 16 inches in length, which firearm was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FIREARM FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

### JESSE ALLEN HUDSON,

knowingly committed the violations set forth in Counts One and Two of this Indictment, any and all interest that this defendant has in the firearms and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1), Title 26 United States Code, Section 5872, and Title 28 United States Code, Section 2461.

A TRUE BILL:

████████████████████████████

FOREPERSON

DATE  4/21/2006

JOHN P. HEEKIN
United States Attorney

THOMAS S.P. GEEKER
Assistant United States Attorney

3