# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.    3:26cr62-TKW

JESSE ALLEN HUDSON

## WARRANT FOR ARREST

REC'D-USMS-PEN, FL
24 APR '26 PM2:37

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JESSE ALLEN HUDSON
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer

## INDICTMENT

charging him or her with:

Ct. 1 POSSESSION OF FIREARM BY CONVICTED FELON
in violation of Title      18      United States Code, Section(s)      922(g)(1) and 924(a)(8)

Ct. 2 POSSESSION OF UNREGISTERED FIREARM
in violation of Title      26      United States Code, Section(s)      5861(d)

Jessica J. Lyublanovits                          Clerk of Court
Name of Issuing Officer                          Title of Issuing Officer

s/ Paula Cawby                                   4/24/2026          PENSACOLA
Deputy Clerk: Paula Cawby                        Date               Location

Bail fixed at      $
And/or in accordance with Comprehensive          by   Hope T. Cannon, Magistrate Judge
Crime Control Act of 1984                             Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at : ECJ | | |
| DATE RECEIVED<br>4/24/2026<br>DATE OF ARREST<br>4/27/2026 | NAME AND TITLE OF ARRESTING OFFICER<br>TFO Joseph Scapecchi<br>ATF | SIGNATURE OF ARRESTING OFFICER |

FILED USDC FLND PN
APR 28 '26 AM11:43