## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

**vs.**                                            **Case No. 3:26cr62/TKW**

**JESSE ALLEN HUDSON,**

     **Defendant.**

_____/

## DEFENDANT'S MOTION TO CONTINUE
## JURY TRIAL (UNOPPOSED)

The Defendant, JESSE ALLEN HUDSON, through counsel, moves to continue his jury trial as follows:

1.      On April 21, 2026, Mr. Hudson was charged by indictment with possession of a firearm and ammunition by a convicted felon (count 1) in violation of 18 U.S.C. §§ 922(g) and 924(a)(8) and possession of an unregistered rifle with a barrel less than 16 inches (count 2) in violation of 26 U.S.C. §§ 5861(d) and 5871. [Docket No. 1].

2.      On April 27, 2026, Mr. Hudson had his first appearance before U.S. Magistrate Judge Hope Cannon where he was appointed counsel, waived his detention hearing, pled not guilty and was given a June 15, 2026 jury trial date. [Docket Nos. 9-15]

3.    Counsel received discovery from the government on May 12 and May 20, 2026.  Counsel has consulted with Mr. Hudson at the Santa Rosa County Jail; however, additional time is required to review the discovery and to discuss it with Mr. Hudson.

4.    For this reason, counsel files this Motion to continue Mr. Hudson's June 15, 2026 jury trial.

5.    Mr. Hudson will raise no claims regarding the Speedy Trial Act.

WHEREFORE, JESSE ALLEN HUDSON, through counsel, moves to continue his June 15, 2026 jury trial date thirty (30) days to a date and time convenient for this Court.

## <u>LOCAL RULE 7.1(B) CERTIFICATE</u>

I HEREBY CERTIFY that I have conferred with Assistant United States

Attorney Thomas Geeker and he does not oppose this Motion.

RESPECTFULLY SUBMITTED this 9th day of June 2026.

>*/s/ Randall S. Lockhart*
>RANDALL S. LOCKHART
>Michigan Bar No. P58597
>Attorney for Defendant
>3 W. Garden Street, Suite 200
>Pensacola, FL  32502
>Randall_Lockhart@fd.org
>(850) 432-1418

3