**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 3:26-cr-62/TKW**

**JESSE ALLEN HUDSON,**

**Defendant.**
________________________________/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, JESSE ALLEN HUDSON, to Counts One and Two of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 18th day of August, 2026.

T. Kent Wetherell II

__________________________________
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**